476 A.2d 77

Commonwealth v. Robinson, Jr., Appellant.
Petition for Allowance of Appeal
Denied Sept. 5, 1984.

 Submitted January 4, 1984. Robert F. Pappano, Assistant Public Defender, for appellant; Dennis C. McAndrews, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, TAMILIA and HOFFMAN, JJ.

Judgment of sentence affirmed.